NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————————

**SECURITIES AND EXCHANGE COMMISSION,**
*Plaintiff-Appellee,*

**v.**

**ONYX CAPITAL ADVISORS, LLC**
AND **MICHAEL A. FARR,**
*Defendants,*

AND

**ROY DIXON, JR.,**
*Defendant-Appellant.*

———————————————

2013-1110

———————————————

Appeal from the United States District Court for the Eastern District of Michigan in case no. 10-CV-11633, Judge Denise Page Hood.

———————————————

Before NEWMAN, LOURIE, and REYNA, *Circuit Judges.*

PER CURIAM.

**O R D E R**

The court considers whether this appeal should be transferred to the United States Court of Appeals for the

SEC V. ONYX CAPITAL ADVISORS                                    2

Seventh Circuit.  The Securities and Exchange Commission indicates that transfer is appropriate.

Roy Dixon, Jr. appeals from a judgment of the United States District Court for the Eastern District of Michigan in a securities fraud case.  Pursuant to 28 U.S.C. § 1631, this court is authorized to transfer the case to a court in which the appeal could have been brought at the time it was filed or noticed.  Transfer is appropriate here.

Accordingly,

IT IS ORDERED THAT:

The appeal is transferred pursuant to 28 U.S.C. § 1631 to the United States Court of Appeals for the Seventh Circuit.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s26